UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PYZALSKI, CARRIE J.          § Case No. 09-37181
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/28/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/20/2012          By:  /s/DEBORAH K. EBNER
                                           Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PYZALSKI, CARRIE J. § | Case No. 09-37181 |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,180.66 |
| *and approved disbursements of* | $ 366.02 |
| *leaving a balance on hand of* [1] | $ 13,814.64 |
| **Balance on hand:** | $ 13,814.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,814.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2,168.07 | 0.00 | 2,168.07 |
| Trustee, Expenses - Deborah Ebner | 17.60 | 0.00 | 17.60 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,610.00 | 0.00 | 2,610.00 |
| Accountant for Trustee, Fees - LOIS WEST | 897.00 | 0.00 | 897.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,692.67 |
| Remaining balance: | $ 8,121.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,121.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,121.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,466.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Money Bank | 752.26 | 0.00 | 645.44 |
| 2 | Navy Federal Credit Union | 5,886.00 | 0.00 | 5,050.19 |
| 3 | GE Money Bank | 1,629.39 | 0.00 | 1,398.02 |
| 4 | GE Money Bank | 272.57 | 0.00 | 233.87 |
| 5 | GE Money Bank | 925.93 | 0.00 | 794.45 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,121.97 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00

Prepared By: /s/DEBORAH K. EBNER
                         Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-37181-BWB
Carrie J. Pyzalski                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Aug 21, 2012
                               Form ID: pdf006             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db          +Carrie J. Pyzalski,   715 Yates Ave.,   Romeoville, IL 60446-1435
14541455    +Home Depot Card Services,   Processing Center,   Des Moines, IA 50364-0001
14541459    +Rezin Orthopedics & Sports,   1051 W. US Rt. 6,   Suite 100,   Morris, IL 60450-3370
14541460    +Sears Credit Cards,   PO Box 183081,   Columbus, OH 43218-3081
14541461     Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14541454    +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2012 02:26:28     GE Money Bank,   P.O. Box 960061,
              Orlando, FL 32896-0061
16300226     E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2012 03:07:23     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14541456    +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2012 03:15:03     Meijer,   PO Box 960015,
              Orlando, FL 32896-0015
16471460    +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 22 2012 02:01:10     Navy Federal Credit Union,
              P.O.BOX 3000,   Merrifield, VA 22119-3000
14541457     E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 22 2012 02:01:10     Navy Federal Credit Union,
              PO Box 3500,   Merrifield, VA 22119-3500
14541458     E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2012 03:15:03     Old Navy,   PO BOX 530942,
              Atlanta, GA 30353-0942
14541462    +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2012 03:15:03     Wal-Mart,   PO Box 530927,
              Atlanta, GA 30353-0927
                                                                                            TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2012**               **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: Aug 21, 2012
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2012 at the address(es) listed below:

          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Linda M Kujaca    on behalf of Trustee Deborah Kanner Ebner lkujaca@aol.com
          Patrick A Meszaros    on behalf of Debtor Carrie Pyzalski patrickmeszaros@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                            TOTAL: 4